USDC

Massachusetts.

FILED
IN CLERKS OFFICE
2026 AUG 21 P 3:33
U.S. DISTRICT COURT
DISTRICT OF MASS.

C.A. 10997

John Igo

date: 08/21/26

v.

Clerk of the UNITED STATES DISTRICT Court FOR THE DISTRICT OF MASSACHUSETTS

In Re: Paper 19 of 7/20/26 ORDER of Hon. A [illegible];

ANSWER of STANDING Amend ORDER by John Igo

I. P. objects to claim of court that I filed In FORMA PAUPERIS. I did not.

II. From Billerica HOC I filed for Habeas Corpus and/or info, belief, observation. It was never acted on; there is no record that it was given to a Dist. Judge.

III. P. position is, C.J. is not conforming to Rule 83 in assigning CDJ Elliott

to the case. A NH judges rulings are not binding on the USDC in Boston.

IV. The Comp. has weight and sufficiency w/out the hate issue and why should I tell the court what its institutional memory knows.

V. Offering of various clerks rules of other Courts, treatise to follow. Also MASS. ACT. Dispute Resolution, Ethical requirements, Responsibility to unrepresented persons; conciliation.

Resp Submitted

John [illegible]
828 MASS AVE
CAMB MA 02139

Note:

I am pressured in the state, and locally circumstances are not ideal to meet amendment completely — I am working as fast as I can

Note cont

observation:

The Clerk has not responded.
Why summons the clk of court? No blank summons offered.
The Magis. Judge failed to act on reasonable, routine motions and mission statement motion that would make amending easier.
The USAO caused a letter to be titled a supplement by the plaintiff.
see paper 4.

[signature]

Note in Re II.

assertion is w/out prejudice to the clerk(s). The question is if I have standing. I do have standing. Resp Subm.
Plz accept my statements as true and construe in favor of P. Resp Subm

[signature]

8/24/26

[signature]